■ In the Matter of the Estate of MARJORIE M. BAKER, Deceased. FREDERICK PIKE, JR., Appellant; VIRGINIA CUMMINGS, Respondent. [632 NYS2d 1005] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Sur-

rogate's Court, Mattina, S. (Appeal from Order of Erie County Surrogate's Court, Mattina, S.—Will Construction.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.